**DISMISS and Opinion Filed June 4, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00303-CV

## TIMOTHY HESS AND OVER THE TOP VENTURES, LLC, Appellants
## V.
## CARUTH PROTECTION SERVICES, LLC, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-17070**

## MEMORANDUM OPINION

Before Justices Molberg, Nowell, and Kennedy
Opinion by Justice Nowell

Before the Court is appellants' notice of withdrawal of their appeal. We construe the notice as a motion to dismiss, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellee's letter request to dismiss the appeal is denied as moot.

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

240303F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TIMOTHY HESS AND OVER THE
TOP VENTURES, LLC, Appellants

No. 05-24-00303-CV        V.

CARUTH PROTECTION
SERVICES, LLC, Appellee

On Appeal from the 162nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-17070.
Opinion delivered by Justice Nowell,
Justices Molberg and Kennedy
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Caruth Protection Services, LLC recover its costs, if any, of this appeal from appellants Timothy Hess and Over the Top Ventures, LLC.

Judgment entered June 4, 2024.